**Order entered June 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00245-CV

### DONELL SMITH, Appellant

### V.

### EMILY BERRY BARNES SMITH, Appellee

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-17-17612

## ORDER

Before the Court is appellant's June 5, 2018 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 18, 2018**.

We note appellant Donell Smith is required to confer with the opposing party about the motion and certify that was done, but did not certify a conference was held as required by the rules of appellate procedure. *See* TEX. R. APP. P. 10.1(a)(5). Further, appellant is required to serve a copy of the motion on opposing party and certify that was done, but did not certify the motion was served. *See* TEX. R. APP. P. 9.5(e). The form motion appellant used included form certification language for both. Accordingly, further relief will not be granted unless appellant complies with the rules of appellate procedure.

/s/     DAVID EVANS, JUSTICE